

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00283-CR

STEVEN BENZER                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM COUNTY CRIMINAL COURT NO. 3 OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On July 9, 2013, we sent appellant, who is not indigent, a letter indicating that the trial court clerk had informed this court that appellant had failed to make arrangements to pay for the clerk's record and that if appellant did not (1) make arrangements to pay for the clerk's record and (2) provide this court with written proof of payment on or before July 24, 2013, we would dismiss the appeal. *See*

---

[1]*See* Tex. R. App. P. 47.4.

Tex. R. App. P. 37.3(b). On July 26, 2013, we received notice from the trial court clerk that appellant still had not paid or made arrangements to pay for the clerk's record. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 43.2(f); *Sutherland v. State*, 132 S.W.3d 510, 512 (Tex. App.—Houston [1st Dist.] 2004, no pet.).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 15, 2013